UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bruce S. Moore, II

    v.

                                      Case No. 19-cv-561-PB

US Social Security Administration, Acting Commissioner

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 13, 2019, deny Moore's motion for an order reversing the Commissioner's decision (Doc. No. 8), and grant the Commissioner's motion for an order affirming his decision (Doc. No. 9). The clerk of court is directed to enter judgment in favor of the Commissioner and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: January 3, 2020

cc: Counsel of Record